

1997 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-5-1997

# United States v. Askari

Precedential or Non-Precedential:

Docket 95-1662

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1997

Recommended Citation

"United States v. Askari" (1997). *1997 Decisions*. Paper 56.
http://digitalcommons.law.villanova.edu/thirdcircuit_1997/56

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1997 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

NO. 95-1662

_____

UNITED STATES OF AMERICA

v.

MUHAMMAD ASKARI,

Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Crim. No. 92-cr-00288)

_____

Present:  SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN,
          GREENBERG, SCIRICA, COWEN, NYGAARD, ALITO,  ROTH,
LEWIS,    McKEE, and GARTH[*],Circuit Judges.


O R D E R


A majority of the active judges having voted for
rehearing en banc in the above appeal, it is

O R D E R E D  that the Clerk of this Court vacate the
opinion filed March 5, 1997 and list the above case for rehearing
en banc at the convenience of the court.

By the Court,


/s/ Dolores K. Sloviter
Dated:March 27, 1997     Chief Judge

_____

*.  as to panel rehearing only.


1